**L. Fish Furniture Company, appellee, v. Claude W. Morris, appellant. Gen. No. 34,989.**

Opinion filed October 9, 1931.

Harold Engstrom, for appellant. D'Ancona, Pflaum & Kohlsaat, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**Belmont Lumber Company, complainant and appellee, v. William Miller et al., defendants. William Miller and Frieda Miller, appellants. Gen. No. 34,996.**

Opinion filed October 9, 1931.

Myron E. Wisch, for appellants; Sidney R. Tarkoff, of counsel. George L. Lewis, for appellee; Clyde C. Fisher, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**LeRoy B. Boylan, defendant in error, v. Anna M. Boylan, plaintiff in error. Gen. No. 35,010.**

Opinion filed October 9, 1931. Rehearing denied October 21, 1931.

Barratt O'Hara and Ronald C. Oldham, for plaintiff in error. Socrates & Davis, for defendant in error; Nicholas A. Socrates, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**Moe I. Schiffman, appellant, v. Parker M. Mathews, appellee. Gen. No. 35,112.**

Opinion filed October 9, 1931.

Epstein & Arvey, for appellant; Louis M. Mantynband and Norman Asher, of counsel. Henry M. Porter, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.